FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
'07 AUG 24 PM 3:50
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CR 407-148 |
| | ) | |
| DEAUNBREY ANTONIO GARDNER, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

On August 24, 2007, the Court held a pre-trial conference in the above-captioned case. The attorneys informed the Court that the case is ready to proceed to trial.

After the Court conferred with the lawyers about their schedules, as well as taking into account the Court's own schedule, a trial date was agreed upon. Trial will commence at 9:00 a.m. at the United States Courthouse, 125 Bull Street, Savannah, Georgia on Monday, September 24, 2007. If the trial proceedings require more than one day, the Court has made the lawyers aware of the need to re-commence the proceedings on Wednesday, September 25 rather than on Tuesday. In the meantime, the parties will meet and make an effort to reach the

stipulations discussed in the pre-trial conference. Stipulations shall be filed no later than 5:00 p.m. on Tuesday, September 18, 2007.

**SO ORDERED.**

                                       JOHN F. NANGLE
                                       UNITED STATES DISTRICT JUDGE

Dated: August 24, 2007