FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2007 AUG 24 PM 3: 50

CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CR 407-148 |
| | ) | |
| DEAUNBREY ANTONIO GARDNER | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

The Court hereby **ORDERS** that the each party **SHALL** provide the Court with its list of proposed questions for voir dire no later than 5:00 p.m. Tuesday, September 18, 2007.

**SO ORDERED.**

_____
JOHN F. NANGLE
UNITED STATES DISTRICT JUDGE

Dated: August 24, 2007